# JUDGE HOLWELL

Barry N. Saltzman (BS-6533)
Michael J. D'Angelo (MD-3030)
PITTA & DREIER LLP
499 Park Avenue
New York, New York 10022
(212) 652-3890

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x

LOCAL 758, HOTEL & ALLIED SERVICES UNION, SEIU, AFL-CIO, WELFARE, PENSION AND ANNUITY FUNDS, by their trustees, PETER WARD, MICHAEL SIMO, HELEN MAURIZO, and MARILYN LIPMAN and the NEW YORK HOTEL TRADES COUNCIL AND HOTEL ASSOCIATION OF NEW YORK CITY, INC. HEALTH BENEFITS FUND,

        Plaintiffs,

   -against-

IMPERIAL COURT HOTEL,

        Defendant.
-------------------------------------------------------------- x

EFC

07 CV ___

**LOCAL 7.1 STATEMENT**

07 CV 7508

  Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned Counsel for Plaintiff, NEW YORK HOTEL TRADES COUNCIL AND HOTEL ASSOCIATION OF NEW YORK CITY, INC. HEALTH BENEFITS FUND (a private non-government party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said parties which are publicly held:

  None

Dated: New York, New York
       August 23, 2007

Respectfully submitted,

PITTA & DREIER LLP
*Attorneys for Plaintiffs*

By: _____
    Michael J. D'Angelo (MD-3030)
499 Park Avenue
New York, New York 10022
(212) 652-3890