**JUDGE HOLWELL**

Barry N. Saltzman (BS-6533)
Michael J. D'Angelo (MD-3030)
PITTA & DREIER LLP
499 Park Avenue
New York, New York 10022
(212) 652-3890

07 CV 7508

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
LOCAL 758, HOTEL & ALLIED SERVICES UNION, :
SEIU, AFL-CIO, WELFARE, PENSION AND         :   EFC
ANNUITY FUNDS, by their trustees, PETER WARD, :
MICHAEL SIMO, HELEN MAURIZO, and            :
MARILYN LIPMAN and the NEW YORK HOTEL       :   07 CV___
TRADES COUNCIL AND HOTEL ASSOCIATION        :
OF NEW YORK CITY, INC. HEALTH BENEFITS      :
FUND,                                       :   **LOCAL 7.1**
                                            :   **STATEMENT**
                      Plaintiffs,           :
                                            :
              -against-                     :
                                            :
IMPERIAL COURT HOTEL,                       :
                                            :
                      Defendant.            :
-------------------------------------------------------------------x

   Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned Counsel for Plaintiffs, LOCAL 758, HOTEL & ALLIED SERVICES UNION, SEIU, AFL-CIO, WELFARE, PENSION AND ANNUITY FUNDS, by their trustees, PETER WARD, MICHAEL SIMO, HELEN MAURIZO, and MARILYN LIPMAN (a private non-government party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said parties which are publicly held:

   None

Dated: New York, New York
      August 23, 2007

Respectfully submitted,

PITTA & DREIER LLP
*Attorneys for Plaintiffs*

By: _____
    Michael J. D'Angelo (MD-3030)
499 Park Avenue
New York, New York 10022
(212) 652-3890