*JUDGE HOLWELL*

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern District of New York

LOCAL 758, HOTEL & ALLIED SERVICES UNION, SEIU, AFL-CIO, WELFARE, PENSION A

V.

IMPERIAL COURT HOTEL

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 07 CV 7508

TO: (Name and address of Defendant)

IMPERIAL COURT HOTEL
309 West 79th Street
New York, New York

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Pitta & Dreier LLP
499 Park Avenue, 15th Floor
New York, New York 10022

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

CLERK _[signature]_   DATE   AUG 2 4 2007

(By) DEPUTY CLERK

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
LOCAL 758, HOTEL & ALLIED SERVICES
UNION, SEIU, AFL-CIO, WELFARE PENSION A

             Plaintiff,  AFFIDAVIT OF SERVICE

   - against -

                  CASE # 07 CV 7508

   IMPERIAL COURT HOTEL
            Defendant.
------------------------------------------------------------X
STATE OF NEW YORK  )
          ) ss.:
QUEENS COUNTY  )

  Anthony Arnold, being duly sworn, deposes and says: Deponent is not a party to this action, and is over 18 years of age and is a resident of the State of New York.

  On September 5 2007, at approximately 1:44 PM, at 309 West 79Th Street, New York, NY, Deponent served the within Summons and Complaint upon:

  Imperial Court Hotel by delivering to and leaving with Pamela "Doe", Receptionist, who refused to give her last name, a true and correct copy of said documents. At the time of said service, Pamela "Doe", stated that she is duly authorized to accept service of legal documents behalf of Imperial Court Hotel.

  Pamela "Doe" is described a Hispanic female, approximately 25-32 yrs. of age, 131-160 lbs.,5'4"-5'8"tall, with brown hair and wears glasses.

                 *AArnold*
                -------------------------
                 (Anthony Arnold)

Sworn to before me this
September 11, 2007

*Karlene S Jackson*
-------------------------
Notary Public

  Karlene S. Jackson, Notary Public
  State of New York, #01JA5083169
  Qual. in Queens Cty; New York City
  Commission Expires November 17, 20 09