Regina Faul (RF-7647)
KAUFMAN DOLOWICH & VOLUCK LLP
135 Crossways Park Drive, Suite 201
Woodbury, New York 11797
(516) 681-1100

*Attorneys for Defendant*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x

LOCAL 758, HOTEL & ALLIED SERVICES UNION,
SEIU, EFL-CIO, WELFARE, PENSION AND ANNUITY
FUNDS, by their trustees, PETER WARD, MICHAEL SIMO,
HELEN MAURIZO, and MARILYN LIPMAN and the NEW
YORK HOTEL TRADES COUNCIL AND HOTEL
ASSOCIATION OF THE NEW YORK CITY, INC. HEALTH
BENEFITS FUND,

                       Plaintiffs,

    -against-

IMPERIAL COURT HOTEL,

                       Defendants.
----------------------------------------------------------x

Index # 07cv7508

**STIPULATION
TO EXTEND
TIME TO BE
SO ORDERED**

RECEIVED
OCT 22 2007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/25/07

    IT IS HEREBY STIPULATED AND AGREED by and between, Michael J. D'Angelo, Esq., counsel for plaintiffs and Regina Faul, Esq. counsel for defendants, that:

    The time for defendant to respond to the complaint is EXTENDED to November 16, 2007. Defendant shall respond to the complaint on or before November 16, 2007.

Dated: Woodbury, New York
        October 17, 2007

KAUFMAN DOLOWICH &
VOLUCK, LLP
Attorney for Defendant

By: _____
    Regina Faul (RF-7647)
    135 Crossways Park Drive, Suite 201
    Woodbury, New York 11797
    Tel: (516) 681-1100

PITTA & DREIER LLP
Attorney for Plaintiffs

By: _____
    Michael D'Angelo (MD-3030)
    499 Park Avenue
    New York, N.Y. 10022
    Tel: (212) 652-3890

SO ORDERED:

_____
U.S.D.J.

Dated: October 27, 2007