Regina E. Faul (RF-7647)
Kaufman Dolowich & Voluck, LLP
135 Crossways Park Drive, Suite 201
Woodbury, New York 11797
Phone: (516) 681-1100
Facsimile: (516) 681-1101
Attorneys for Defendant

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
LOCAL 758, HOTEL & ALLIED SERVICES
UNION, SEIU, AFL-CIO, WELFARE, PENSION
AND ANNUITY FUNDS, by their trustees,
PETER WARD, MICHAEL SIMO, HELEN
MAURIZO, and MARILYN LIPMAN and the
NEW YORK HOTEL TRADES COUNCIL AND
HOTEL ASSOCIATION OF NEW YORK CITY,
INC. HEALTH BENEFITS FUND,

**DEFENDANT'S RULE 7.1 STATEMENT**

07 CV 7508 (RH) (THK)

                             Plaintiffs,

        -against-

IMPERIAL COURT HOTEL,

                             Defendant.

------------------------------------X

      PURSUANT TO RULE 7.1 OF THE FEDERAL RULES OF CIVIL PROCEDURE AND TO ENABLE JUDGES AND MAGISTRATE JUDGES OF THE COURT TO EVALUATE POSSIBLE DISQUALIFICATION OF RECUSAL, THE UNDERSIGNED COUNSEL FOR IMPERIAL COURT HOTEL (NON-GOVERNMENTAL CORPORATE PARTIES) CERTIFIES THAT THE FOLLOWING ARE PUBLICLY HELD CORPORATE PARENTS, AFFILIATES AND/OR SUBSIDIARIES OF SAID PARTY, OWNING 10% OF SAID PARTIES' STOCK.

Dated:    Woodbury, New York
            November 16, 2007

        Kaufman Dolowich & Voluck LLP
Attorneys for Defendant

By _____
    Regina E. Faul (RF – 7647)
    135 Crossways Park Drive Suite 210
    Woodbury, New York 11797
    (516) 681-1100

ND: 4811-6695-4498, v. 1

STATE OF NEW YORK      }
                       }SS:
COUNTY OF NASSAU       }

     Nicole Chan, being duly sworn, deposes and says:

     That Deponent is not a party to this action, is over 18 years of age and resides in Flushing, New York.

     That on the 16th day of November 2007, Deponent served a copy of **DEFENDANT'S RULE 7.1 STATEMENT** upon:

Michael D'Angelo
Pitta & Dreier LLP
499 Park Avenue
New York NY 10022

at the addresses designated for that purpose by depositing a true copy thereof, in a sealed, properly addressed wrapper, and placing the same under the exclusive care and custody of Federal Express Delivery Service, prior to the latest time designated by that service for overnight delivery.

                                                        Nicole Chan

Sworn to before me this
16th day of November, 2007.

_____
Notary Public

CARA A. O'SULLIVAN
Notary Public, State of New York
No. 02OS6056965
Qualified in Nassau County
Commission Expires April 9, 20__