

**KDV**

KAUFMAN DOLOWICH & VOLUCK LLP
ATTORNEYS AT LAW

RECEIVED
NOV 21 2007
CHAMBERS OF
RICHARD J. HOLWELL

November 21, 2007

<u>VIA FACSIMILE – 212 805 7948</u>
The Honorable Richard J. Holwell
United States District Judge
United States District Court
Southern District New York
500 Pearl Street
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/29/07

      RE:    *Local 758, Hotel & Allied Services Union, SEIU,*
              *AFL-CIO, Welfare, Pension and Annuity Funds, et al*
              *v. Imperial Court Hotel,*
              *07 CIV 7508 (RJH)*

Dear Judge Holwell:

      This firm represent Defendant, Imperial Court Hotel in the above referenced matter.

      An Initial Scheduling Conference is scheduled for November 30, 2007 at 10AM. Due to a prior commitment, I am respectfully requesting an adjournment of the scheduling conference. I have conferred with Michael J. D'Angelo, Esq., the attorney for Plaintiffs. He has agreed to the request for adjournment. We have discussed alternative dates and suggest Friday, December 14, 2007 at 10AM as the rescheduled date for the Initial Scheduling Conference.

                              Respectfully submitted,
                              KAUFMAN DOLOWICH & VOLUCK, LLP.

                              Regina E. Faul

cc:    Michael J. D'Angelo (212) 653 3891

ND: 4836-5470-1826, v 1

SO ORDERED
[signature]
USDJ
11/27/07