USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/14/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------------------x
                          :

**HOTEL & ALLIED SERVICES UNION, et al,** :    07 Civ. 07508 (RJH)
                          :

            Plaintiffs,    :

      -against-              :    **ORDER**

**IMPERIAL COURT HOTEL,**      :

                          :

           Defendant.    :
                          :
--------------------------------------------------------------x

The pretrial conference presently scheduled for August 07, 2008

is adjourned to September 05, 2008, at 10:30 a.m., in the courtroom of the Honorable

Richard J. Holwell, Courtroom 17B, 500 Pearl Street, New York, New York 10007.

Dated: New York, New York
July 08, 2008
SO ORDERED:

Richard J. Holwell
United States District Judge